No. 87–95. HAGEBUSH ET AL. *v.* FIRST NATIONAL BANK OF OMAHA; and HAGEBUSH ET AL. *v.* NEBRASKA STATE BAR ASSN. ET AL. Sup. Ct. Neb. Certiorari denied.

No. 87–96. ONETT *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 87–99. ARCHER *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–101. HERBSTER *v.* NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 87–102. FIRST AFFILIATED SECURITIES, INC., ET AL. *v.* SULLIVAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–105. COMBS *v.* SEABOARD SYSTEM RAILROAD, INC. Ct. App. Ky. Certiorari denied.

No. 87–106. HART ET AL. *v.* ZAMORA, EXECUTOR OF THE ESTATE OF ZAMORA. C. A. 9th Cir. Certiorari denied.

No. 87–108. FURGATCH *v.* FEDERAL ELECTION COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 87–109. CREAMER *v.* RAFFETY ET AL. Ct. App. Ariz. Certiorari denied.

No. 87–110. TERRY *v.* NEW YORK. County Court, Broome County, N. Y. Certiorari denied.

No. 87–111. 5 WEST 14TH OWNERS CORP. *v.* WEST 14TH STREET COMMERCIAL CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–112. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, LOCAL 2247, ET AL. *v.* ENDICOTT ENTERPRISES, INC. C. A. 9th Cir. Certiorari denied.